904

CAUGHT FISH ENTERPRISES, LLC
and Metal Roof Innovations, Ltd.,
Plaintiffs–Appellants,

v.

ACTION MANUFACTURING, LLC,
Riddell & Company, Inc., and Paul
Riddell, Defendants–Appellees.

No. 2011–1314.

United States Court of Appeals,
Federal Circuit.

June 27, 2011.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

In re Ramesch C. JAIN, Terry Randolph
Hicks, Asquith A. Bailey, Ryan B.
McKinley, Don Yamoto Duramura
and Arun L. Katkere.

No. 2011–1288.

United States Court of Appeals,
Federal Circuit.

June 27, 2011.

Penny L. Lowry, Baker & McKenzie
LLP, Dallas, TX, for Ramesch C. Jain,
Terry Randolph Hicks, Asquith A. Bailey,
Ryan B. McKinley, Don Yamoto Duramura
and Arun L. Katkere.

ORDER

The appellant having failed to file the
brief required by Federal Circuit Rule
31(a) within the time permitted by the
rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for
failure to prosecute in accordance with the
rules.